UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-20014-RNS

M. Z., as natural mother and legal guardian
of A. Z., a minor,

    Plaintiff,
vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, M.Z., as natural mother and legal guardian of A.Z., a minor, and Defendant, CARNIVAL CORPORATION, by and through their respective undersigned counsel, hereby stipulate to the final dismissal of this case with prejudice, each party to bear their own attorney's fees and costs, in full and final resolution of this matter and all claims brought or that could have been brought by the Parties.

Respectfully submitted,

| | |
|---|---|
| */s/Keith S. Brais* | */s/William R. Seitz* |
| **KEITH BRAIS, ESQ.** | **WILLIAM SEITZ, ESQ.** |
| Florida Bar No.:0863319 | Florida Bar No.: 73928 |
| BRAIS LAW FIRM | MASE TINELLI MEBANE & BRIGGS, P.A. |
| 9300 S. Dadeland Blvd. | 2601 South Bayshore Drive |
| Suite 101 | Suite 800 |
| Miami, Florida 33156 | Miami, Florida 33133 |
| Telephone: (305) 416-2901 | Telephone: (305) 377-3770 |
| Facsimile: (305) 416-2902 | Facsimile: (305) 377-0080 |
| kbrais@braislaw.com | wseitz@maselaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

*M. Z., as natural mother and legal guardian*
*of A. Z., a minor v. Carnival Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16th, 2018, the foregoing document was being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, wither via transmission of Noticed of Electronic Filings generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filling.

                                     */s/Keith S. Brais*
                                     **KEITH BRAIS, ESQ.**
                                     Florida Bar No.:0863319
                                     BRAIS LAW FIRM
                                     9300 S. Dadeland Blvd.
                                     Suite 101
                                     Miami, Florida 33156
                                     Telephone: (305) 416-2901
                                     Facsimile: (305) 416-2902
                                     kbrais@braislaw.com
                                     *Attorney for Plaintiff*

## SERVICE LIST

*M.Z. v. Carnival Corp.*
**CASE NO.: 1:17-cv-20014-RNS**

| | |
|---|---|
| Keith S. Brais, Esq.<br>kbrais@braislaw.com<br>**BRAIS LAW FIRM**<br>9300 S. Dadeland Blvd., Suite 101<br>Miami, Florida 33156<br>Telephone: (305) 416-2901<br>Facsimile: (305) 416-2902<br>*Attorneys for Plaintiff* | Curtis Mase, Esq.<br>William R. Seitz, Esq.<br>cmase@masetinelli.com<br>kfehr@masetinelli.com<br>Cameron Eubanks, Esq.<br>ceubanks@masetinelli.com<br>rcoakley@masetinelli.com<br>filing@maselara.com<br>**MASE TINELLI MEBANE & BRIGGS**<br>2601 S. Bayshore Drive, Suite 800<br>Miami, Florida 33133<br>Telephone: (305) 377-3770<br>Facsimile: (305) 377-0080<br>*Attorneys for Defendant*<br>*Via CM/ECF* |